# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Eric Lance Sabot, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| State of North Dakota, et. al., | ) | Case No. 1:17-cv-069 |
| Defendants. | ) | |

On July 9, 2018, the court issued an order dismissing the above-entitled action without prejudice on the grounds that plaintiff's claims were <u>Heck</u>-barred and otherwise fantastic, delusional, and frivolous on their face. (Doc. No. 12). On July 24, 2018, plaintiff filed a motion for reconsideration in which he reiterated his claims for relief. He also filed a motion for a hearing on this matter.

The court has reviewed the entire record and finds there has been no mistake or manifest error of law that would warrant the granting of a motion to reconsider. Accordingly, the court **DENIES** plaintiff's motion for reconsideration (Docket No. 14). Plaintiff's motion for hearing (Doc. No. 15) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court